**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JON R. MORGAN, on behalf of himself and all others similarly situated, | Case No. 1:19-cv-11725-PGG-KHP |
| Plaintiffs, | **AFFIRMATION OF SERVICE** |
| -against- | |
| LD PRODUCTS, INC., | |
| Defendant. | |

I, Jonathan Shalom, declare under penalty of perjury that on January 6, 2020, I served a copy of the Court's December 27, 2019 Initial Case Management Conference Order (Doc. 6) along with a copy of the filed Complaint upon Defendant, LD PRODUCTS, INC., via overnight courier, at its last known address for service: c/o Incorp. Services, Inc., 5716 Corsa Avenue, Suite 110, Westlake Village, CA 91362.

Dated:  January 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan Shalom*
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan Shalom, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　SHALOM LAW, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　105-13 Metropolitan Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Forest Hills, NY 11375
　　　　　　　　　　　　　　　　　　　　　　　　Email: jshalom@jonathanshalomlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (718) 971-9474