KRONENBERGER ROSENFELD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2020

**MEMO ENDORSED**

February 24, 2020

The Hon. Katharine H. Parker
United States Magistrate Judge
U.S District Court
500 Pearl Street, Room 750
New York, NY 10007

**VIA ECF**

RE: *Morgan v. LD Products, Inc.*, No. 1:19-cv-11725-PGG-KHP
Request for 30-Day Stay Pending Final Settlement Agreement

Dear Magistrate Judge Parker:

The undersigned represents Defendant LD Products, Inc. ("Defendant").

Pursuant to the Court's Individual Practices in Civil Cases, this letter requests a 30-day stay of the case. The parties have reached a settlement in principle and jointly request this stay to provide time for finalizing an agreement and to preserve resources of the parties and Court.

This stay would impact the current responsive pleading deadline of February 26, 2020 and the initial case management conference on March 16, 2020 and related deadlines. One previous request for an extension was consented to by Plaintiff and granted by the Court on January 24, 2020. The adversary consents to this request for a 30-day stay and consents to this letter.

If you have any questions about this matter, you may reach me at 415-955-1155, ext. 114, or at karl@krinternetlaw.com.

Sincerely,

KRONENBERGER ROSENFELD, LLP

s/ Karl S. Kronenberger

Karl S. Kronenberger

cc.    Jonathan Shalom, Esq. (via ECF)

> **In light of the parties' representation that they have settled this matter, all deadlines are stayed and the Initial Case Management Conference previously scheduled for <u>March 16, 2020</u> is hereby adjourned sine die.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 02/25/2020

www.krinternetlaw.com
150 Post Street, Suite 520 San Francisco, CA 94108 | Phone: 415-955-1155 | Fax: 415-955-1158