## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON R. MORGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LD PRODUCTS, INC.,<br><br>Defendant. | Case 1:19-CV-11725-PGG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), the parties Plaintiff Jon R. Morgan and Defendant LD Products, Inc., by and through undersigned counsel, hereby (1) stipulate to the dismissal of this entire action with prejudice, with each party to bear its own attorney's fees and costs, and (2) request that the Court dismiss this action with prejudice, with each party to bear its own attorney's fees and costs.

Dated: April 2, 2020

**SHALOM LAW, PLLC.**

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com

**ATTORNEYS FOR PLAINTIFF**

1

**KRONENBERGER ROSENFELD, LLP**

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger, Esq.
150 Post St., Ste. 520
San Francisco, CA 94108
Tel: (415) 955-1155 ext. 114
Email: karl@krinternetlaw.com

**ATTORNEYS FOR DEFENDANT**

### [PROPOSED] ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: _____, 2020        _____
                                    UNITED STATES MAGISTRATE JUDGE